**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **YOHONIA MONIQUE MARTIN,**<br>　　　　　Plaintiff**,**<br>　　vs.<br>**HUMAN SERVICES AGENCY SAN MATEO COUNTY**<br>　　　　　Defendant**.** | CASE NO. 18-mc-80096-YGR<br><br>**ORDER STRIKING COMPLAINT OF VEXATIOUS LITIGANT FILED IN VIOLATION OF COURT ORDER AND DISMISSING ACTION**<br><br>Re: Dkt. Nos. 1, 2 |

　　　　The Court has received Plaintiff's Complaint and Application to Proceed *in Forma Pauperis*, both filed on June 8, 2018. (Dkt. Nos. 1, 2.) The Court hereby **STRIKES** the Complaint as it was filed in violation of the court's order in *Yohania Martin v. Redwood City Dental Care*, No. 15-cv-03151-JST (N.D. Cal. December 29, 2015) ("*Yohania*") declaring plaintiff a vexatious litigant and ordering that plaintiff obtain leave of court before filing any new action.

　　　　As noted in *Yohania*, to obtain leave of court, Martin must seek leave in writing to file a new action and must include with her request (i) a copy of the complaint she proposes to file, and (ii) the following statement in capital letters on the first page of the request: "THIS PLEADING IS SUBJECT TO AN ORDER REQUIRING LEAVE OF COURT TO FILE A NEW ACTION. PURSUANT TO THE ORDER OF THIS COURT IN CASE NUMBER 15-CV-03151-JST, THE DUTY JUDGE MUST DETERMINE WHETHER THIS SUBMISSION IS INTELLIGIBLE AND NON-FRIVOLOUS BEFORE IT CAN BE FILED." (*Yohania*, Dkt. No. 18.) Plaintiff did not seek leave of the court to file the instant action.

\\
\\
\\

The Clerk shall **STRIKE** Docket Numbers 1 & 2 from the record. This action is **DISMISSED**. The Clerk shall terminate this case.

**IT IS SO ORDERED.**

Dated: June 19, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**